**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 25, 2019.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-19-00292-CV

---

## YOUNAN NOWZARADAN M.D., Appellant

## V.

## LORNA SPEARS, CHAREKA M. GADSON, AND GADSON LAW GROUP, P.L.L.C., Appellees

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-48829**

---

### MEMORANDUM  OPINION

This is an appeal from an order signed March 18, 2019. On June 13, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel Consists of Justices Bourliot, Spain, and Poissant.